United States Bankruptcy Court
for the District of Columbia

**FILED**
JUL 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED

CASE NUMBER   1:05CV01547

JUDGE: Emmet G. Sullivan

DECK TYPE: General Civil

DATE STAMP: 7/29/2005

In Re:

Capitol Hill Group

          Debtor(s)

Case Number: 02-3

**TO:** Clerk, U.S. District Court for the District of Columbia

Transmitted herewith is the **Notice of Appeal** in the above-captioned adversary proceeding. Included in the transmittal is a copy of order being appealed and a certified copy of the docket sheet.

**Documents related to the appeal include:**

| DE# | Document | Filer |
|---|---|---|
| 837 | Order granting motion to allow claim of Newmark of Washington, D.C. L.L.C., d/b/a Newmark & Bank Company for hourly compensation. | S. Martin Teel, Jr., Bankruptcy Judge |
| 842 | Notice of appeal | Newmark of Washington, D.C. LLC d/b/a Newmark & Bank Company, Appellant |
| 846 | Designation of record | Newmark of Washington, D.C. L.L.C., Appellant |
| 847 | Statement of issues on appeal | Newmark of Washington, D.D. L.L.C., Appellant |
| 857 | Appellee designation | Capitol Hill Group, Appellee |
| 861 | Appellee designation | Capitol Hill Group, Appellee |
| 865 | Amended designation of items | Capitol Hill Group, Appellee |

**Other comments:**

Also enclosed are attachments to the designation of items filed by the Appellant, Newmark of Washington, D.C. LLC

**The parties to the order appealed and their respective attorneys are as follows:**

| Appellant/Plaintiff | Attorney |
|---|---|
| Newmark of Washington, D.C. LLC d/b/a Newmark & Bank Company | Christopher B. Mead<br>London & Mead<br>1225 19th Street, NW, Suite 320<br>Washington, DC 20036 |
| **Appellee/Defendant** | **Attorney** |
| Capitol Hill Group | Stephen M. Seeger<br>Quagliano & Seeger<br>2620 P St., NW<br>Washington, DC 20007 |

Denise H. Curtis, Clerk

Dated: July 29, 2005

Teresa Gumiel
Deputy Clerk

Please return a copy of this transmittal with the following information:

District Court Case Number:
    Judge Assigned:            [*Affix Label Here*]
    Date Stamp: