# ADDENDUM 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

**FILED AND ENTERED**

**MAY 2 7 2005**

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

IN RE:

**CAPITOL HILL GROUP,**

Debtor.

Case Number 02-0359
Chapter 11

## ORDER

In accordance with the Stipulation and Request of Allowance of Claim filed by the parties, this Court allows the claim of Newmark of Washington, D.C. LLC, d/b/a Newmark & Bank Company ("Newmark") for hourly compensation in the amount of $10,000, reflecting a rate of $125 per hour for 80 hours of stipulated services to Debtor.

Dated: May 26, 2005.

S. Martin Teel, Jr.
United States Bankruptcy Judge

Copies to:

Office of the U.S. Trustee
115 South Union Street
Suite 210
Alexandria, VA 22314

Stephen M. Seeger
Quagliano & Seeger
2620 P St., N.W.
Washington, D.C. 20007

Patrick Potter
Shaw Pittman LLP
2300 N St., N.W.
Washington, D.C. 20037

Christopher B. Mead
London & Mead
1225 19th St., N.W., Suite 320
Washington, D.C. 20036

Donald R. Hartman
700 Constitution Avenue, N.E.
Washington, D.C. 20002

066397