# ADDENDUM 6

# FAX COVER SHEET


DEFENDANT'S EXHIBIT

Date: 3/27/00

Time:

Number of pages including cover: 3

Attn: Dr. Shin

From: Larry Bank
THE BANK COMPANIES/ONCOR INTERNATIONAL
1341 Connecticut Avenue, N.W.
Washington, D.C. 20036

Telephone:
Facsimile: 202-675-0411
RE:

Telephone: 202-331-7000
Facsimile: 202-331-7010

**COMMENTS OR SPECIAL INSTRUCTIONS**

Faxed to Dr. Shin in CA   CC. 3/27

This message and any attachments may contain information protected by the attorney-client privilege or other privilege. If the reader of this message is not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at the number above. Thank you.

X9




# THE BANK COMPANIES
**ONCOR**
Worldwide Real Estate Services

March 27, 2000

Dr. Peter Shin
MedLINK Hospital and Nursing Center
700 Constitution Avenue, N.E.
Washington, D.C. 20002

Dear Peter:

This letter sets forth the terms and conditions under which The Bank Companies will perform real estate brokerage and sales services on your behalf in connection with the sale of 700 Constitution Avenue (Property), N.E. and related matters. You understand that this letter is prompted by ethical considerations as well as our desire to have a clear understanding with you in regard to the services to be performed for and on your behalf.

In accordance with our company's policy, we will require an advance retainer of $1,500. We will apply this retainer against our then-prevailing hourly charges and disbursements. Our current hourly rates are $125 for Laurence Bank and Lisa Benjamin, $100 for their associates, and generally lower rates for services rendered by other assistants. Our fees generally will be based upon the amount of time spent by our real estate professionals and support staff on your behalf and certain expenses incurred by us that are allocable to the representation. We will provide you with a detailed invoice (generally on a monthly basis) showing the current charges for our services and application of any payments or amounts drawn from the retainer as described below.

In addition to the fee as outlined above, if the Property is sold during the term of this agreement or to any Purchaser who was identified during and/or within two (2) years after the Agreements termination, The Bank Companies shall earn a commission of one percent (1%) of the purchase price of the Property. Said commission shall be paid out of Seller's proceeds at settlement.

1341 Connecticut Avenue, N.W.
Washington, D.C. 20036
202-331-7000
202-331-7010 Fax

X 6

In addition to the payment of our fees, you are responsible for all out-of-pocket disbursements and expenses, such as long distance telephone calls, photocopying charges, messenger and express delivery services, travel expenses, overtime secretarial charges, filing and recordation fees and other costs which we may incur or advance on your behalf in the course of our representation.

We expect that all statements will be paid within 30 days after being rendered.

If the arrangements set forth above are agreeable, please acknowledge your understanding thereof and agreement thereto by having the enclosed two (2) copies of this letter dated and executed in the space provided below and returning one executed copy thereof to us.

We are pleased that you have asked us to handle this matter for you and we look forward to working with you. Please do not hesitate to call me directly if you have any questions regarding the terms of this engagement or any other questions relating to the work for which you have engaged us.

THE BANK COMPANIES,

By:_____
    Laurence D. Bank, President


AGREED AND ACCEPTED THIS
____ day of March, 2000.

_____

_____