# ADDENDUM 7

 

# NEWMARK
### NEWMARK & BANK COMPANY

September 29, 2000

Dr. Peter Shin
MedLINK Hospital and Nursing Center
700 Constitution Avenue, N.E.
Washington, D.C. 20002

Re: Amendment to March 27, 2000 Consulting and Commission Agreement

Dear Peter:

This letter amends the earlier consulting and commission agreement dated March 27, 2000 regarding the sale and development of Capitol Hill Hospital. We are pleased to be advising you on the disposition of this property, and will to provide unbiased, strategic advice as you continue to analyze your various options.

In accordance with our March 27 agreement, Newmark & Bank Company will earn a commission equal to one percent (1%) of the Purchase Price of the Property, described as Square 865 (the parking lot) and Square 895 (the apartment parcel) with lot 76 (the North Tower) excluded from sale. This amends that agreement to reflect that upon sale of lot 76 (the North Tower), Newmark & Bank Company will earn a commission of three percent (3%) of the Purchase Price allocated to that parcel. This amendment also terminates the hourly consulting fee structure described in the prior agreement. An invoice for any consulting services prior to September 29, 2000 will be submitted for your review and approval as previously agreed to.

If the arrangements set forth above are agreeable, please acknowledge your understanding thereof and agreement thereto by having the enclosed two (2) copies of this letter dated and executed in the space provided below and returning one executed copy thereof to us.

We are pleased that you have asked us to handle this matter for you and we look forward to working with you. Please do not hesitate to call me directly if you have any questions regarding the terms of this engagement or any other questions relating to the work for which you have engaged us.

Newmark & Bank Company

Laurence D. Bank, President

AGREED & ACCEPTED

Dr. Peter Shin
Date:_____

G:\Larry\Contracts & Agreements\2000\Dr.34 Shin Engagement Ltr.doc