# ATTACHMENT 3

1/7/03

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAPITOL HILL GROUP, ) | Case Number 02-0359 |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**AFFIDAVIT MADE IN CONNECTION WITH CAPITOL HILL GROUP'S OBJECTION TO THE PROOF OF CLAIM FILED BY NEWMARK OF WASHINGTON D.C. LLC d/b/a NEWMARK & BANK COMPANY**

DISTRICT OF COLUMBIA ) ss.

The undersigned, being first duly sworn upon oath, states and deposes as follows:

1. I am over the age of 18 and I am competent to testify as to the matters set forth herein based upon my personal knowledge. If called to testify, my testimony would be consistent with that set forth in this Affidavit.

2. I am employed by The Holladay Corporation ("**Holladay**").

3. In my professional capacity, I was one of the lead negotiators at Holladay directly involved with a real estate transaction in Virginia involving Fairview Properties, Inc., Randall H. Hagner Company, The John Akridge Companies (JACo. Manager, Inc.), and Holladay (the "**Virginia Transaction**" and the "**Virginia Transaction Parties**"). The events of the Virginia Transaction occurred within the 1998 – 1999 time frame.

4. In connection with the Virginia Transaction, I became acquainted with Ms. Lisa Benjamin, acting as an agent for Laurence D. Bank ("**Bank**" d/b/a The Bank Companies). Specifically, Ms. Benjamin, on behalf of Bank, claimed that she was the procuring broker in connection with the Virginia Transaction, and all of the Virginia Transaction Parties strongly

disagreed. Specifically, no written agreement existed pursuant to which Bank was entitled to assert a right to payment of a commission.

5. To avoid protracted litigation (and the time and expense associated therewith), and not because the Virginia Transaction Parties believed they owed Bank a commission, a sum was paid to Bank by all of the Virginia Transaction Parties to settle the matter.

Further affiant saith not.

_____
Jonathan B. Cox
Type Name

Subscribed and sworn to before me

This *10TH* day of February, 2003.

Tina A. Kreisher
Notary Public District of Columbia
My Commission Expires: 01/31/2004

2