**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: CAPITOL HILL GROUP,<br><br>　　　　　Debtor, | )<br>)<br>)<br>)　Civil Action No. 05-1547 (EGS)<br>)<br>) |

## ORDER

For the reasons stated by the Court in its accompanying Memorandum Opinion, it is this 20th day of June, 2006, hereby

**ORDERED** that the decision of the bankruptcy court is **AFFIRMED;** and it is further

**ORDERED and ADJUDGED** that the Clerk shall remove this case from the active calendar of the Court.


　**Signed:**　**Emmet G. Sullivan**
　　　　　　　**United States District Judge**
　　　　　　　**June 20, 2006**

1